IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KENDRICK CAMERON,                         *

          Plaintiff,                       *

v.                                                Case No.   1:24-CV-175-LAG-ALS

                                 *

COMMISSIONER OF SOCIAL SECURITY,

                                 *

         Defendant.

                                 *

## J U D G M E N T

Pursuant to this Court's Order dated February 26, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of

42 U.S.C. § 405(g).

This 26th day of February, 2026.

David W. Bunt, Clerk


s/ Michelle Paschal, Deputy Clerk